AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA
V.

ENRIQUE QUINTANA-ZAZUETA

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 2471 -DMS

I, __ENRIQUE QUINTANA-ZAZUETA__, the above named defendant, who is accused of

_Violating Title 18 U.S.C. § 1001_
_False Statement to a Federal Officer_
_(Felony)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __JULY 24, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd